NO. 07-08-0201-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 24, 2008

______________________________

IN RE CHARLES HAYES, RELATOR  

_______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

MEMORANDUM OPINION

Relator Charles Hayes, filed a Petition for Writ of Mandamus on May 7, 2008.   He did not pay the filing fee required under the Rules of Appellate Procedure, nor did he file an affidavit of indigence in conformity with Rule of Appellate Procedure 20.1.  By letter from this Court dated May 7, 2008, we advised relator that “the filing fee in the amount of $125.00 has not been paid.  Failure to pay the filing fee within ten (10) days from the date of this notice may result in a dismissal.”  
Tex. R. App. P. 
42.3(c). 
Relator has not paid the fee as directed or filed an affidavit of indigence.  

Accordingly, we dismiss the appeal.  
See
 
Tex. R. App. P. 
5, 42.3(c). 

Mackey K. Hancock

        Justice